1

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11  KENNETH C. OWENS,                           Case No. 16-cv-02519-HSG (PR)

Petitioner,

12

**ORDER OF TRANSFER**

13  v.

14  LOS ANGELES,

Respondent.

15

16

17      Kenneth C. Owens, a patient at Metropolitan State Hospital proceeding *pro se*, has filed a

18  petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, seeking to challenge a sentence

19  imposed and/or a civil commitment imposed in the Los Angeles County Superior Court.

20  Petitioner also appears to raise civil rights claims relating to false imprisonment and malicious

21  prosecution.

22      Venue is proper in a habeas action in either the district of confinement or the district of

23  conviction, *see id.* § 2241(d); however, petitions challenging a conviction preferably are heard in

24  the district of conviction.   *See* Habeas L.R. 2254-3(b); *Dannenberg v. Ingle*, 831 F. Supp. 767,

25  767 (N.D. Cal. 1993).  Here the Central District of California is the district of conviction.  In

26  addition, to the extent Owens is raising a civil rights claim, the acts complained of also occurred

27  within the venue of the Central District of California, making that the proper venue.  *See* 28

28  U.S.C. § 1391(b).

*United States District Court*
*Northern District of California*

Accordingly, this case is TRANSFERRED to the Central District of California.  *See* 28 U.S.C. § 1404(a).  In light of this transfer, the pending motion (dkt. 2) to proceed in forma pauperis is deferred to the Central District.  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: May 16, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge